**NIMKOFF ROSENFELD & SCHECHTER, LLP**
**28 ROBERT CIRCLE**
**SYOSSET, NEW YORK 11791**
**(516) 921-3460**

October 19, 2012

Hon. Arthur D. Spatt
United States District Judge
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

*Re: Nimkoff v. Dollhausen et al. 08-CV-2856 (ADS)*

Dear Judge Spatt:

    I am the plaintiff in the above-entitled action and also serve as the lawyer representing me in it. By letter dated December 3, 2010, counsel for all the defendants, Ralph J. Reissman, Esq., Deputy County Attorney for the County of Nassau, advised Your Honor that the parties have settled this action and Your Honor "so ordered" Mr. Reissman's letter by stating "case closed subject to the terms of the settlement agreement." A copy of Mr. Reissman's letter, containing Your Honor's order, is enclosed. Thereafter, the parties could not agree on a settlement agreement, but Mr. Reissman, nevertheless, confirmed in writing on multiple occasions, that the action was settled for a particular sum certain (that, as a courtesy, I do not disclose solely because of defendants' request and proposed settlement agreement term, that the agreed upon sum certain remain confidential). Mr. Reissman further advised that it would take defendants a substantial amount of time (which he would never identify) to pay the settlement amount. Though nearly two years has since elapsed, to date, no settlement payment has been made. Accordingly, I respectfully request that the Court conduct a conference (either by telephone or in person) during which a trial date can be set for a time as soon as is practicable for the Court and the parties.

Respectfully yours,

*Ronald G. Nimkoff*

Ronald A. Nimkoff

cc (all counsel via ECF): Ralph Reissman, Esq.

**EDWARD P. MANGANO**
County Executive



**JOHN CIAMPOLI**
Nassau County Attorney

COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY
Ralph G. Caso Executive and Legislative Building
One West Street
Mineola, New York 11501-4820
516-571-3046

December 3, 2010

<u>Via Fax (631) 712 5626</u>
The Honorable Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

        Re: Nimkoff v. Dollhausen, et al. 08 CV 2856 (ADS)(WDW)

Dear Judge Spatt:

    This will confirm that parties to the above-referenced matter have settled the case which was scheduled for jury selection on Monday, December 6, 2010.

*[Handwritten: Case closed subject to the terms of the Settlement Agreement.]*

Respectfully submitted,

RALPH J. REISSMAN
Deputy County Attorney

cc: Ronald Nimkoff (via e-mail)

*[Handwritten signature]* U.S.D.J. 12/3/10

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**